KARYN M. TAYLOR, Bar # 6142
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:      775.741.2185
Fax No.:         775.204-9158
Email:            kmtaylor@littler.com

Attorney for Defendants
DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER and NORTHERN NEVADA ASC MANAGEMENT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATTY L. KING,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DARREN ROBERTSON, an individual, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, a Nevada limited liability company, NORTHERN NEVADA ASC MANAGEMENT, LLC, a Nevada limited liability company, AND DOES 1-10 INCLUSIVE, BLACK AND WHITE BUSINESS ENTITIES I-X, INCLUSIVE,<br><br>　　　　　Defendants. | Case No.  3:21-cv-00471<br><br>**STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT AND TO EXTEND DEADLINE TO RESPOND**<br><br>**[FIRST REQUEST]** |

　　　　Defendants DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, AND NORTHER NEVADA ASC MANAGEMENT, LLC (collectively "Defendants"), by and through their undersigned counsel KARYN M. TAYLOR, LITTLER MENDELSON P.C., and Plaintiff PATTY L. KING ("Plaintiff"), by and through her undersigned counsel VICTOR ALLEN PERRY, hereby stipulate that, without further motion to the court, Plaintiff shall have to **November 17, 2021** to file her first amended Complaint.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties further stipulate that Defendants will have to **December 3, 2021**, to file its Answer or to otherwise respond to Plaintiff's amended Complaint. The extension is necessary in light of conflicts on counsel's calendar as well as the Thanksgiving holiday and is not for the purpose of delay.

This is the first request for an extension of these deadlines.

Dated: November 9, 2021

Respectfully submitted,

/s/ Victor Alan Perry
VICTOR ALAN PERRY, ESQ.

Attorney for Plaintiff

Respectfully submitted,

/s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
LITTLER MENDELSON, P.C.

Attorney for Defendants
DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, and NORTHERN NEVADA ASC MANAGEMENT

**IT IS SO ORDERED.**

Dated: __November 9__, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800