KARYN M. TAYLOR, Bar # 6142
LUCAS MOLLECK, Bar # 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:     775.741.2185
Fax No.:        775.204-9158
Email:           kmtaylor@littler.com
                    lmolleck@littler.com

Attorney for Defendants
DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER and NORTHERN NEVADA ASC MANAGEMENT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATTY L. KING,<br><br>           Plaintiff,<br><br>vs.<br><br>DARREN ROBERTSON, an individual, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, a Nevada limited liability company, NORTHERN NEVADA ASC MANAGEMENT, LLC, a Nevada limited liability company, AND DOES 1-10 INCLUSIVE, BLACK AND WHITE BUSINESS ENTITIES I-X, INCLUSIVE,<br><br>           Defendants. | Case No.  3:21-cv-00471<br><br>**ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>**[FIRST REQUEST]** |

Defendants DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, AND NORTHERN NEVADA ASC MANAGEMENT, LLC (collectively "Defendants"), by and through their undersigned counsel LITTLER MENDELSON P.C., and Plaintiff PATTY L. KING ("Plaintiff"), by and through her undersigned counsel VICTOR ALLEN PERRY, hereby stipulate and agree to extend the time for Defendants to file a Reply in Support of their Motion to Compel Arbitration (ECF # 10 and #11), from the current deadline of December 23,

2021, until up to and including **January 7, 2022**. There is good cause for entering into this stipulation due to the holiday.

This is the first request for an extension of time with respect to Defendants' Reply. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: December 23, 2021                                                  December 23, 2021

Respectfully submitted,                                                   Respectfully submitted,

*/s/ Victor Alan Perry*                                                   */s/ Karyn M. Taylor*
VICTOR ALAN PERRY                                                         KARYN M. TAYLOR, ESQ.
                                                                          LUCAS MOLLECK, ESQ.
                                                                          LITTLER MENDELSON, P.C.
Attorney for Plaintiff
PATTY L. KING                                                             Attorney for Defendants
                                                                          DARREN ROBERTSON, QUAIL
                                                                          SURGICAL AND PAIN MANAGEMENT
                                                                          CENTER, and NORTHERN NEVADA ASC
                                                                          MANAGEMENT

**IT IS SO ORDERED.**

DATED THIS 27th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE