1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

13
14
15
16
17
18
19
20
21
22

| | |
|---|---|
| PATTY L. KING,<br><br>              Plaintiff,<br><br>vs.<br><br>DARREN ROBERTSON, an individual, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, a Nevada limited liability company, NORTHERN NEVADA ASC MANAGEMENT, LLC, a Nevada limited liability company, AND DOES 1-10 INCLUSIVE, BLACK AND WHITE BUSINESS ENTITIES I-X, INCLUSIVE,<br><br>              Defendants. | Case No.  3:21-cv-00471-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION FOR DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |

23
24
25
26
27
28

      Plaintiff PATTY L. KING ("Plaintiff") and Defendants DARREN ROBERTSON, QUAIL SURGICAL AND PAIN MANAGEMENT CENTER, LLC, NORTHERN NEVADA ASC MANAGEMENT, LLC (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

      The parties agree that no party to this stipulation shall be deemed to be a prevailing party in

1  this action and that each party shall bear its own costs and fees for the claims dismissed by this
2  Stipulation and Order.
3  Dated: December 21, 2023                        Dated: December 21, 2023
4  Respectfully submitted,                         Respectfully submitted,

6  */s/ Victor Alan Perry*                         */s/ Luke Molleck*
   Victor Alan Perry, Esq.                         Karyn M. Taylor, Esq.
7                                                  Luke W. Molleck, Esq.
   *Attorneys for Plaintiff*                       Littler Mendelson P.C.
8
                                                   *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: <u>December 22, 2023</u>

_____
Anne R. Traum, U.S. District Judge